

Littler Mendelson, PC
900 Third Avenue
New York, NY 10022.3298

August 5, 2019

Jean L. Schmidt
212.497.8486 direct
212.583.9600 main
646.417.7534 fax
jschmidt@littler.com

**VIA ECF**

Hon. Catherine C. Blake
U.S. District Judge
United States District Court
101 West Lombard Street
Baltimore, MD  21201

Re:   EEOC v. Performance Food Group, Inc.
      Civil Action No. 1:13-cv-1712-CCB

Dear Judge Blake:

We represent Defendant in the above-referenced matter. We write to request an extension to the agreed-upon briefing schedule for the parties' Summary Judgment Motions and the Defendant's Motion to Strike.

On October 18, 2019, EEOC filed its Opposition Defendant's Cross Motion for Summary Judgment and its Reply to Defendant's Opposition to the EEOC's Summary Judgment Motion, consisting of 145 pages with 96 exhibits, and EEOC's Opposition to Defendant's Motion to Strike. Defendant's Reply in support of its Motion for Summary Judgement and its Reply in support of its Motion to Strike are currently due November 15, 2019.

We request an extension to December 20, 2019 to file Defendant's Replies. The additional time is necessary given the number of issues that have to be addressed, and because I have an arbitration hearing and a trial scheduled over the next six weeks. We also request a page limit of 150 pages for the Reply in support of Defendant's Summary Judgment Motion. The EEOC does not oppose these requests.

Accordingly, we respectfully request that the Court grant our request for an extension to December 20, 2019 to file Defendant's Reply Brief in support of its Motion for Summary Judgment and its Motion to Strike, and our request for a page limit of 150 pages.

Thank you for your consideration.

Respectfully submitted,

/s/  *Jean L. Schmidt*

Jean L. Schmidt

cc:   Maria Salacuse, Counsel for EEOC, via ECF

littler.com